IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| Verséa Holdings, Inc., | ) | CASE NO. 8:22-cv-02465 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GS Labs and Gabe Sullivan, | ) | |
| | ) | |
| Defendants. | ) | |

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Verséa Holdings, Inc. v. GS Labs and Gabe Sullivan, In the Circuit Court In and For Hillsborough County, Florida – Case No. 20 22-CA-004916, Removed to United States District Court, Middle District of Florida – Tampa Division on October 28th, 2022.*

____   IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: October 31, 2022

GS Labs and Gabe Sullivan, Defendants

By:   */s/ Allison S. Freeman*
Allison S. Freeman, Esquire
Florida Bar No. 69539
Constable Law, P.A.
139 6th Avenue South
Safety Harbor, FL 34695
(727) 797-0100
allison@constable-law.com

1

Pending admission *pro hac vice*

Jordan W. Adam, NE Bar #23723
Sarah M. Dempsey, NE Bar #25107
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
(402) 341-6000
jadam@fraserstryker.com
sdempsey@fraserstryker.com

ATTORNEYS FOR DEFENDANTS